USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARGEANT BULK ASPHALT, INC.,

               Petitioner,

        –v–

MAUI ASPHALT X-IV, LLC,

               Respondent.

20-cv-5493 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 16, 2020, Petitioner Sargeant Bulk Asphalt, Inc. filed a Petition for the Appointment of an Arbitrator. Dkt. No. 1. Petitioner shall file proof of service within one week from the date of service on Respondent Maui Asphalt X-IV, LLC.

    It is hereby ORDERED that Respondent's opposition to the Petition shall be due three weeks from the date of service. Petitioner's reply, if any, shall be due one week thereafter.

    IT IS FURTHER ORDERED that Petitioner serve a copy of this Order on Respondent and inform Respondent of Rule 1.I of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

    IT IS FURTHER ORDERED that the parties shall confer and advise the court, by filing a letter motion on ECF, if they believe that holding a conference would be appropriate.

    SO ORDERED.

Dated: July   31  , 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge