# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Sargeant Bulk Asphalt, Inc.,

                Petitioner,                  20 **CIVIL** 5493 (AJN)

       -against-                      **JUDGMENT**

Maui Asphalt X-IV, LLC,

                Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2021, Petitioner's petition for appointment of an arbitrator is ranted. Mr. Harold Aspis is appointed as arbitrator and the case is closed.

**Dated**: New York, New York

    March 24, 2021

                                      RUBY J. KRAJICK

                                      _____

                                       Clerk of Court

                         BY: _____

                                        Deputy Clerk